# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## BILL OF COSTS

**Case Number:** 2023-1831

**Short Case Caption:** Hallock v. DOJ

| **Party Requesting Costs:** | Department of Justice |
|---|---|
| **The Clerk is requested to tax the following costs against the following party or parties:** | Petitioner |

| **Stipulated Costs** | ☑ The parties have stipulated to the below total costs requested. |
|---|---|

| ITEMIZED COSTS | | | | | |
|---|---|---|---|---|---|
| Cost Type | Number of Copies | Number of Pages | Actual Cost (Page/Copy) | Allowable Cost* | Total Cost |
| Brief | | | $ | $0.08/page | $ |
| Reply Brief | | | $ | $0.08/page | $ |
| Appendix | | | $ | $0.08/page | $ |
| Binding and Covers | | | $ | $2.00/copy | $ |
| Docketing Fee (if paid in this court by appellant or petitioner only) | | | | $600.00 | $ |
| | | | | **TOTAL COSTS REQUESTED:** | $ 45.12 |

*Only use Allowable Costs amount for calculating the total cost when the Allowable Cost amount is less than the Actual Cost per page/copy.

I declare under penalty of perjury that (1) the foregoing costs are correct and were necessarily and actually incurred in this matter and (2) any attached itemized statements of the costs incurred or invoices are true and accurate.

Date: 07/22/2024     Signature: /s/ Liridona Sinani

Name: Liridona Sinani